United States District Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| RYANT CONNELLY, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 6:24-CV-00009 |
| SOUTHSTAR BANK, S.S.B, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Dismissal Without Prejudice (D.E. 8) the Court enters final judgment dismissing this action without prejudice.

**ORDERED** on June 4, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1